No. 91–894. MAXIE ET AL. *v.* FELIX, 502 U. S. 1093. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 91–1195. BEIJING EVER BRIGHT INDUSTRIAL CO. *v.* TIMBER FALLING CONSULTANTS, INC. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 91–1370. KING *v.* PALMER, DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. D. C. Cir. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this motion.

No. 91–6821. IN RE ANDERSON. Petition for writ of mandamus denied.

No. 91–1010. PUERTO RICO AQUEDUCT AND SEWER AUTHORITY *v.* METCALF & EDDY, INC. C. A. 1st Cir. Certiorari granted.

No. 91–1200. CITY OF CINCINNATI *v.* DISCOVERY NETWORK, INC., ET AL. C. A. 6th Cir. Certiorari granted.

No. 91–6516. SOLDAL ET UX. *v.* COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1208. PEARSON ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8325. JOUBERT *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 91–873. RYAN ET AL. *v.* CITY OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–914. YOUNG *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.